# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | )    JUDGMENT IN A CRIMINAL CASE |
| v. | )    Case Number:    18-CR-024 |
| | )    USM Number:    NONE |
| DISTINCVISION, LLC d/b/a/ Liquidation Outlet Center | ) |
| | )    Mark A. Campbell |
| | )    Defendant's Attorney |

**THE DEFENDANT:**

Pleaded guilty to count(s) ONE.

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 922(m) and § 924(a)(3)(B) and § 2 | False Entry in Dealer Records | December 2, 2016 | 1 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

May 16, 2018
Date of Imposition of Judgment

*/s/ Eleanor L. Ross*
Signature of Judge

**ELEANOR L. ROSS, U. S. DISTRICT JUDGE**
Name and Title of Judge

05/21/2018
Date

Judgment in a Criminal Case
Sheet 4 — Probation

Judgment — Page 2 of 2

## PROBATION

You are hereby sentenced to probation for a term of : **TWELVE (12) MONTHS**.

## CRIMINAL MONETARY PENALTIES

| Assessment | JVTA Assessment* | Fine | Restitution |
|---|---|---|---|
| TOTALS $25.00 | $ | $WAIVED | $ |

The Court finds that the defendant does not have the ability to pay a fine and cost of incarceration. The Court will waive the fine and cost of incarceration in this case.

---

\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.